Official Form 6F (12/07)

In Re: Igliane, Reynaldo & Janine    Case No. 2:12-bk-25819-SSC
Debtor    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts filing a case under chapter 7, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| Creditor's Name and Mailing Address Including Zip Code, and Account Number | Codebtor | Husband, Wife, Joint, or Community | Date Claim was Incurred and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| 4060951500119675<br>Asset Acceptance, LLC<br>P.O. Box 1630<br>Warren, MI 48090 | | H | 05/2012; collection account re: Navy Federal Credit Union | | | | $2,778.60 |
| 5490355659114536<br>BANK OF AMERICA<br>PO Box 982235<br>El Paso, TX 79998 | | H | 07/2002; credit card | | | | $19,381.08 |
| 14855520<br>CBA COLLECTION BUREAU<br>25954 Eden Landing Rd<br>Hayward, CA 94545 | | C | 02/2012, Cable TV services | | | | $90.00 |
| 005654728<br>CENTRAL SECURITY GROUP<br>PO Box 21031<br>Tulsa, OK 74121-1031 | | C | 09/2011; Home security system monitoring | | | | $331.95 |
| | | | | | | Subtotal | $22,581.63 |
| _3_ continuation sheets attached | | | Total<br>(Use only on last page of the completed Schedule F.)<br>(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | | | | |

Official Form 6F (12/07)

In Re: Igliane, Reynaldo & Janine          Case No. 2:12-bk-25819-SSC
       **Debtor**                                    (if known)

| Creditor's Name and Mailing Address Including Zip Code, and Account Number | Codebtor | Husband, Wife, Joint, or Community | Date Claim was Incurred and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| 4266841146163306<br>CHASE BANK USA<br>PO Box 15298<br>Wilmington, DE 19850 | | C | 08/2007; credit card | | | | $2,186.79 |
| 5256502231235461<br>CITI CARDS/CITIBANK<br>PO Box 6241<br>Sioux Falls, SD 57117 | | C | 11/2011; credit card | | | | $3,218.40 |
| 512107975119<br>CITIBANK/SEARS<br>PO Box 6282<br>Sioux Falls, SD 57117 | | W | 09/2003; credit card | | | | $1,891.00 |
| A0117035<br>FREDERICK J. HANNA & ASSOCIATES, P.C..<br>1427 Roswell Road<br>Mariette, GA 30062 | | C | 08/2007; collection account re: Chase Bank N.A. credit card | | | | $2,186.79 |
| 12-683494<br>FULTON FRIEDMAN & GULLACE, LLP<br>PO Box 2123<br>Warren, MI 48090-2123 | | H | 05/2012; collection account re: Navy Federal Credit Union | | | | $2,821.00 |
| 7061591003265799<br>GECBR/CHEVRON<br>PO Box 965015<br>Orlando, FL 32896 | | H | 11/1999; credit card | | | | $1,426.00 |
| 7061591003265799<br>Hunt & Henriques<br>151 Bernal Road, Suite 8<br>San Jose, CA 95119-1306 | | H | 08/2011; collections counsel re: GECBR/Chevron | | | | $1,426.00 |
| | | | | | | Subtotal | $15,155.98 |
| | | | | | | Total<br>(Use only on last page of the completed Schedule F.)<br>(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | |

Sheet no. __1__ of __3__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Official Form 6F (12/07)

In Re: Igliane, Reynaldo & Janine  Case No. 2:12-bk-25819-SSC
**Debtor** (if known)

| Creditor's Name and Mailing Address Including Zip Code, and Account Number | Codebtor | Husband, Wife, Joint, or Community | Date Claim was Incurred and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| 30-2012-00560662<br>LANG, RICHERT & PATCH<br>PO Box 40012<br>Fresno, CA 93755-0012 | | C | Collections counsel for Unifund CCR Partners | | | | $3,218.00 |
| 5256502231235461<br>LTD FINANCIAL SERVICES L.P.<br>PO Box 630788<br>Houston, TX 77263-0788 | | C | 11/2011; Collection accout re: CITI CARDS/CITIBANK | | | | $3,218.40 |
| 9187032<br>NATIONAL ENTERPRISE SYSTEMS<br>29125 Solon Road<br>Solon, OH 44139-3442 | | C | 07/2002; Collection account re: Bank of America | | | | $19,381.08 |
| 4060951500119675<br>NAVY FEDERAL CREDIT UNION<br>PO Box 3502<br>Merrifield, VA 22119-3502 | | H | 04/1999; line of credit | | | | $2,778.60 |
| 7061591003265799<br>PORTFOLIO RECOVERY ASSOCIATES<br>120 Corporate Blvd Ste 100<br>Norfolk, VA 23502 | | H | 08/2011; collections account re: GECBR/Chevron | | | | $1,426.00 |
| 5256502231235461<br>PRISM/CITIBANK<br>PO Box 6497<br>Sioux Falls, SD 57117 | | C | 09/2007; credit card | | | | $3,218.40 |
| 7061591003265799<br>PROFESSIONAL BUREAU OF COLLECTIONS OF MARYLAND INC<br>PO Box 628<br>Elk Grove, CA 95759 | | H | 01/2011; collections account re: GECBR/Chevron | | | | $1,426.00 |

Subtotal $34,666.48

Total
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Sheet no. 2 of 3 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Official Form 6F (12/07)

In Re: Igliane, Reynaldo & Janine       Case No. 2:12-bk-25819-SSC
                    **Debtor**                                          (if known)

| Creditor's Name and Mailing Address Including Zip Code, and Account Number | Codebtor | Husband, Wife, Joint, or Community | Date Claim was Incurred and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| 5256502231235461<br>Unifund CCR Partners<br>10625 Techwoods Circle<br>Cincinnati, OH 45242 | | C | 11/2011; collection account for CITI CARDS/CITIBANK | | | | $3,218.00 |
| Account Number: | | | | | | | |
| Account Number: | | | | | | | |
| Account Number: | | | | | | | |
| Account Number: | | | | | | | |
| Account Number: | | | | | | | |
| Account Number: | | | | | | | |
| | | | | | | Subtotal | $3,218.00 |
| | | | Total<br>(Use only on last page of the completed Schedule F.)<br>(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | | | | $75,622.09 |

Sheet no. 3 of 3 continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims